## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

EDWARD G POLOVITCH                                    Case No.: 5-17-01376-HWV
                                                      Chapter 13

        Debtor(s)

---

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | SHELLPOINT MORTGAGE SERVICING |
| Court Claim Number: | 17 |
| Last Four of Loan Number: | 8495/PRE ARREARS/1439 BULWER ST |
| Property Address if applicable: | 1439 BULWER STREET, , SCRANTON, PA18504 |

| PART 2: | CURE AMOUNT | |
|---|---|---|
| TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE | | |
| a. | Allowed prepetition arrearages: | $766.90 |
| b. | Prepetition arrearages paid by the Trustee: | $766.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $766.90 |

| PART 3: | POST PETITION MORTGAGE PAYMENT |
|---|---|

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

| PART 4: | A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g) |
|---|---|

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  April 21, 2022                              Respectfully submitted,


                                                    /s/ Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    eMail:  info@pamd13trustee.com

Creditor Name: SHELLPOINT MORTGAGE SERVICING
Court Claim Number: 17

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1174847 | 10/11/2017 | $220.10 | $0.00 | $220.10 |
| 5200 | 1176179 | 11/08/2017 | $445.10 | $0.00 | $445.10 |
| 5200 | 1177567 | 12/05/2017 | $101.70 | $0.00 | $101.70 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

EDWARD G POLOVITCH                    Case No.: 5-17-01376-HWV
                                      Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

BRIAN E MANNING, ESQUIRE             SERVED ELECTRONICALLY
502 SOUTH BLAKELY STREET
DUNMORE PA,   18512-


SHELLPOINT MORTGAGE SERVICING        SERVED BY 1ST CLASS MAIL
PO BOX 10675
GREENVILLE, SC,   29603-0675


EDWARD G POLOVITCH                   SERVED BY 1ST CLASS MAIL
1439 BULWER STREET
SCRANTON, PA  18504


I certify under penalty of perjury that the foregoing is true and correct.


Date: April 21, 2022                 /s/   Liz Joyce
                                     for Jack N. Zaharopoulos
                                     Standing Chapter 13 Trustee
                                     Suite A, 8125 Adams Drive
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     Fax:  (717) 566-8313
                                     eMail:  info@pamd13trustee.com