| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Edward G Polovitch |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : MIDDLE District of Pennsylvania (State) | |
| Case number 5:17-bk-01376-HWV | |

# Form 4100R
# Response to Notice of Final Cure                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing     **Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 8495

**Property address:**     1439 BULWER ST
                      Number       Street

                      SCRANTON, PA 18504
                      City                 State       ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

### Part 3:  Postpetition Mortgage

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

       The next postpetition payment from the debtor(s) is due on:     6/1/2022
                                                                            MM/DD/YYYY

[ ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

       Creditor asserts that the total amount remaining unpaid as of the date of this response is:

       a. Total postpetition ongoing payments due:                                                (a) $_____

       b. Total fees, charges, expenses, escrow and costs outstanding:                + (b) $_____

       c. Total. Add lines a and b.
                                                                                                        (c) $_____

       Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                              MM/ DD/ YYYY

Form 4100R                      **Response to Notice of Final Cure Payment**                   page 1

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Charles G. Wohlrab                 Date 05/03/2022
  Signature

Print  Charles G. Wohlrab, Esq.                Title Authorized Agent
       First Name  Middle Name  Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  130 Clinton Rd #202
         Number  Street

         Fairfield, NJ 7004
         City  State  ZIP Code

Contact  470-321-7112                   Email cwohlrab@raslg.com

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on    May 09, 2022   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Edward G Polovitch
1439 Bulwer Street
Scranton, PA 18504

And via electronic mail to:

Brian E Manning
502 South Blakely Street
Suite B
Dunmore, PA 18512

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

               By: /s/ Alexia Cose
                  Alexia Cose

Form 4100R      Response to Notice of Final Cure Payment      page 3

Case 5:17-bk-01376-HWV   Doc 50   Filed 05/09/22   Entered 05/09/22 12:33:42   Desc
Main Document    Page 3 of 3