In re: Case No. 17-01376-HWV

Edward G Polovitch Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4

Date Rcvd: Jun 09, 2022      Form ID: fnldecnd      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward G Polovitch, 1439 Bulwer Street, Scranton, PA 18504-1201 |
| cr | + | PHH MORTGAGE CORPORATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 4905462 | + | First National Bank Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 4905464 | | GM Financial Leasing, 75 Remittance Drive, Ste.1738, Chicago, IL 60675-1738 |
| 4905468 | | PHH Mortgage Corporation, PO Box 371458, Pittsburgh, PA 15250-7458 |
| 4905470 | | Regional Hospital of Scranton, PO Box 630879, Cincinnati, OH 45263-0877 |
| 4949883 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 4905477 | + | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 4905478 | | Wells Fargo Eduation Financial Serv, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2022 18:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jun 09 2022 18:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, Sc 29603-0826 |
| 4908732 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 09 2022 18:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 4905454 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 18:50:44 | Ashley Home Stores, PO Box 965036, Orlando, FL 32896-5036 |
| 4905455 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 09 2022 18:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 4905456 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2022 18:48:00 | Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 4905457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 09 2022 18:50:53 | Cabela's Worlds Foremost Bank, 4800 NW 1st St, Ste. 300, Lincoln, NE 68521-4463 |
| 4905458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 09 2022 18:50:53 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5185639 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 18:50:55 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 5185638 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 18:51:07 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4905460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2022 19:01:17 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4905461 | | Email/Text: mrdiscen@discover.com | Jun 09 2022 18:48:00 | Discover, PO Box 15316, Wilmington, DE |

| Recipient ID | | Notice Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | 19850-5316 |
| 4907058 | | Email/Text: mrdiscen@discover.com  Jun 09 2022 18:48:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4909260 | | Email/Text: collecadminbankruptcy@fnni.com  Jun 09 2022 18:48:00 | | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4905463 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Jun 09 2022 18:48:00 | | Gander Mountain, PO Box 182789, Columbus, OH 43218-2789 |
| 4905465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Jun 09 2022 19:01:14 | | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4905459 | | Email/PDF: ais.chase.ebn@aisinfo.com  Jun 09 2022 18:50:53 | | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 4947551 | | Email/PDF: resurgentbknotifications@resurgent.com  Jun 09 2022 19:01:13 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4905466 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 09 2022 18:50:43 | | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 4948164 | + | Email/Text: bankruptcydpt@mcmcg.com  Jun 09 2022 18:48:00 | | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4955348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jun 09 2022 18:50:54 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4906125 | + | Email/PDF: rmscedi@recoverycorp.com  Jun 09 2022 18:50:55 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4905469 | | Email/Text: pasi_bankruptcy@chs.net  Jun 09 2022 18:48:00 | | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 4947432 | | Email/Text: bnc-quantum@quantum3group.com  Jun 09 2022 18:48:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4905473 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 09 2022 18:51:03 | | SYNCB/DKDC, PO BOX 965005, Orlando, FL 32896-5005 |
| 4905471 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 09 2022 18:50:44 | | Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 4905472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Jun 09 2022 19:01:20 | | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 5368752 | | Email/Text: mtgbk@shellpointmtg.com  Jun 09 2022 18:48:00 | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5368751 | | Email/Text: mtgbk@shellpointmtg.com  Jun 09 2022 18:48:00 | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4955815 | + | Email/PDF: gecsedi@recoverycorp.com  Jun 09 2022 18:50:53 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4905474 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com  Jun 09 2022 18:48:00 | | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 4913382 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com  Jun 09 2022 18:48:00 | | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5250051 | | Email/PDF: bncnotices@becket-lee.com  Jun 09 2022 18:50:55 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4905475 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Jun 09 2022 18:48:00 | | Toyota Rewards, PO Box 182120, Columbus, OH 43218-2120 |
| 4956571 | | Email/PDF: AIS.cocard.ebn@aisinfo.com  Jun 09 2022 18:50:44 | | WORLD'S FOREMOST BANK-CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE |

| Recip ID | Bypass | Notice Info | Date | Address |
| --- | --- | --- | --- | --- |
| 4905476 | | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 18:50:43 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5033981 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2022 18:50:54 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 5033982 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2022 18:51:07 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4905467 | | Mark J. Conway, Esq., Address removed per docket entry no. 44 |
| 4955481 | | PHH MORTGAGE CORPORATION |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian E Manning | on behalf of Debtor 1 Edward G Polovitch BrianEManning@comcast.net G17590@notify.cincompass.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| James Allen Prostko | on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com |
| Jeremy John Kobeski | on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor PHH Mortgage Corporation pamb@fedphe.com |

| | |
|---|---|
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward G Polovitch,<br>**Debtor 1** | Chapter 13<br>Case No. 5:17−bk−01376−HWV |

Social Security No.:
xxx−xx−2606

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Edward G Polovitch** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)